# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Heidarpour, | NO. CV-24-00239-PHX-KML |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| Secured Marketing Concepts Corporation, | |
| Defendant. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff and against Defendant Secured Marketing Concepts Corporation in the amount of $7,500.

        Debra D. Lucas
District Court Executive/Clerk of Court

July 25, 2025

By   s/ D. Draper
      Deputy Clerk